ORIGINAL

FORM 2
COVER SHEET

RECEIVED
FEB 8 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

ECF

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) INFORMATION SYSTEMS & NETWORKS CORPORATION

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): NORMAN H. SINGER, ESQ.

Firm Name: SINGER & ASSOCIATES, PC

Post Office Box: 06-99 C

Street Address: 10411 Motor City Drive

City-State-Zip: Bethesda, MD 20817

Telephone & Facsimile Numbers: (301)469-0400(o); (301)469-0403 (f)

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If NO, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 114, 116 • • •

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: • • •

See attached sheet for three digit codes.

Amount Claimed: $ 2,000,000 +

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) ____________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.