ORIGINAL

ECF

FILED
FEB 8 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

INFORMATION SYSTEMS & NETWORKS CORPORATION,

Plaintiff,

v.

Case No. 06-99 C

THE UNITED STATES OF AMERICA

Defendant.

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to Rule RCFC 7.1, I certify as counsel for Plaintiff, Information Systems & Networks Corporation ("ISN"), that ISN is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity that is not otherwise a party to this case has a financial interest in the outcome of this litigation.

Dated: February 8, 2006

Respectfully submitted,

[signature]

NORMAN H. SINGER, ESQ.
Singer & Associates, P.C.
10411 Motor City Drive
Suite 725
Bethesda, Maryland 20817
(301) 469-0400
(301) 469-0403 fax
Counsel for Plaintiff