IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS, CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-99C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including June 9, 2006, within which to file its response to plaintiff's complaint. Defendant's response currently is due to be filed April 10, 2004. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff has informed us that plaintiff does not oppose our request for an enlargement of time for this purpose.

Upon receipt of the complaint, defendant promptly sent a copy to the Defense Contract Management Agency ("DCMA") with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520. Counsel for DCMA has informed counsel for defendant that additional time is necessary for him to gather and review information necessary for preparation of the agency's litigation report and suggested response to the complaint.

The requested enlargement of time is required so that agency counsel may have sufficient time to obtain from DCMA employees, including the contracting officer, relevant information

concerning the nature of plaintiff's claimed costs. Agency counsel anticipates that he will be required to travel to Baltimore, Maryland, in the near future to meet with the contracting officer prior as part of his efforts to gather additional information. Agency counsel also is in the process of obtaining information from the Defense Contract Audit Agency ("DCAA") auditors relevant to DCAA's audit of plaintiff's claimed costs.

In addition, agency counsel recently has been involved in conducting discovery, including the defending of depositions, in BAE Systems Land-Armaments, LP, ASBCA Nos. 54431-32, 55337. Also, agency counsel is in the process of preparing additional pleadings to be filed in that ASBCA appeal, and is conducting fact-finding necessary for preparation of those pleadings. Agency counsel also currently is involved in preparing responses to extensive discovery served upon the Government in Northrop Grumman Systems, ASBCA Nos. 55061-62. Accordingly, he has not yet had sufficient time within which to turn his complete attention to this matter.

Once agency counsel completes the litigation report and agency's suggested response to the complaint, additional time is necessary so that defendant's counsel may have a sufficient opportunity to review the litigation report and suggested response to the complaint, obtain any additional information or

clarification from DCMA, and prepare and file the Government's response to the complaint.

For these reasons, defendant respectfully requests that the Court grant its unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

GREGORY T. ALLEN
Trial Attorney
Defense Contract
Management Agency
Manassas, Virginia

March 31, 2006

CERTIFICATE OF FILING

I hereby certify that on March 31, 2006 a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON