IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | No. 06-99C |
| v. | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 16 and Appendix A of the Rules of the United States Court of Federal Claims, plaintiff Information Systems & Networks Corporation ("ISN"), and defendant, the United States, by their representative attorneys, respectfully submit this Joint Preliminary Status Report:

**a. Does the Court have jurisdiction over the action?**

Plaintiff states that the Court has jurisdiction to consider and decide this action pursuant to 41 U.S.C. § 609. Defendant is not aware of a basis upon which to challenge the Court's jurisdiction at this time.

**b. Should the case be consolidated with any other case?**

The parties agree that this case should be consolidated with Information Systems & Networks Corporation v. United States, Fed. Cl. No. 06-387 (Chief Judge Damich). This second case, Fed. Cl. No. 06-387, was filed subsequent to this action and should be consolidated under this action, Fed. Cl. No. 06-99. Both cases involve the same contracts and, indeed, the two final decisions issued by the contracting officer in each case were issued in

response to plaintiff's December 14, 2004 claim letter. Counsel for plaintiff will be filing a notice of related cases pursuant to RCFC 40.2 in Fed. Cl. No. 06-387 in the very near future.

**c. Should the trial of liability and damages be bifurcated?**

At this time, the parties do not believe that trial should be bifurcated as to liability and damages.

**d. Should further proceedings in this case be deferred pending consideration of another case before this Court or any other tribunal?**

The parties agree that further proceedings in this case should not be deferred pending consideration of another case before this Court or any other tribunal.

**e. Will a remand or suspension be sought?**

The parties do not believe that remand or suspension will be sought.

**f. Will additional parties be joined?**

It is not anticipated that additional parties will be joined.

**g. Does either party intend to file a motion pursuant to RCFC 12(b), 12(c), or 56, and, if so, what is the proposed schedule for the intended filing?**

Defendant intends to file a motion for summary judgment as to the issue of liability, following the close of discovery.

**h. What are the relevant issues?**

1. Whether the costs sought by ISN for lease costs for its corporate offices in excess of the cost of ownership are unallowable.

2. Whether the costs sought by ISN for vehicles and computer equipment in excess of the cost of ownership are unallowable.

3. Whether the costs sought by ISN of certain pension plan payments were unallowable because of ISN's failure to fund its pension plan in a timely manner.

4. Whether ISN's shifting of certain corporate costs from G&A into an intermediate cost pool for its fiscal years 1992-1995 violated FAR 31.203.

5. Whether various miscellaneous costs for ISN's fiscal years 1998 and 1992-94, totaling $53,680, were unallowable.

**i. What is the likelihood of settlement?**

The parties do not believe that settlement in this case is possible. However, after completion of discovery, the parties anticipate that the issue of settlement will be considered.

**j. Do the parties anticipate proceeding to trial? Does any party, or do the parties jointly, request expedited trial scheduling? What is the requested place of trial?**

Assuming that the case is not resolved upon motions for summary judgment, or that the case does not settle, the parties

anticipate proceeding to trial. Neither party requests expedited trial scheduling. If a trial is required, the parties request the trial be held in Washington, D.C.

**k. Are there special issues regarding case management needs?**

As discussed above, the parties believe that Fed. Cl. No. 06-387 should be consolidated with this case, under Fed. Cl. No. 06-99. The Government's answer currently is due to be filed in that case on September 9, 2006. It is anticipated that, by that time, the two cases will have been consolidated. Accordingly, any discovery schedule or other litigation deadlines established in this case will apply equally to Fed. Cl. No. 06-387.

**l. Is there any other information of which the Court should be aware of at this time?**

The parties are unaware of any other information of which the Court should be aware of at this time.

**m. Discovery Plan**

The following discovery plan is submitted based upon the assumption that Fed. Cl. No. 06-387 will be consolidated with this case. Accordingly, we have set forth dates that would allow for filing of an answer and preparation of the JPSR in that matter (or filing of a consolidated JPSR covering both cases). The Government's answer currently is due September 8, 2006. Accordingly, the JPSR in Fed. Cl. No. 06-387 would be due on or

about October 19, 2006. Accordingly, the parties propose the following discovery deadlines:

| | |
|---|---|
| Exchange of initial disclosures: | November 3, 2006 |
| Designation of Experts: | March 2, 2007 |
| Designation of Rebuttal Experts: | April 6, 2007 |
| Plaintiff's Expert Report: | August 3, 2007 |
| Defendant's Expert Report: | October 5, 2007 |
| Plaintiff’s Rebuttal Expert Report: | November 2, 2007 |
| Defendant’s Rebuttal Expert Report: | December 7, 2007 |
| Close of Discovery: | January 4, 2008 |

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

OF COUNSEL:

GREGORY ALLEN
Trial Attorney
Defense Contract
Management Agency
Manassas, Virginia

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

July 28, 2006

Attorneys for Defendant

s/ Norman H. Singer
Singer & Associates
10411 Motor City Drive
Suite 725
Bethesda MD 20817-1002
Tele: (301) 469-0400
Fax: (301) 469-0403

Attorney for Plaintiff

CERTIFICATE OF FILING

I hereby certify that on JULY 28, 2006, a copy of the foregoing "JOINT PRELIMINARY STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON