# In The United States Court of Federal Claims

**No: 06-99 C**
**August 8, 2006**

**INFORMATION SYSTEMS & NETWORKS CORPORATION,**

***Plaintiff*,**

**v.**

**THE UNITED STATES,**

***Defendant*.**

## INITIAL SCHEDULING ORDER

On July 28, 2006, the parties filed a Joint Preliminary Status Report. In accordance with the Appendix A of the Rules of the Court of Federal Claims ("RCFC"), the parties are ORDERED to comply with the following schedule:

1. The parties shall exchange initial disclosures no later than **November 3, 2006**.

2. The parties shall disclose the designation of experts no later than **March 2, 2007**.

3. The parties shall disclose the designation of rebuttal experts no later than **April 6, 2007**.

4. Plaintiff shall disclose plaintiff's expert report no later than **August 3, 2007**.

5. Defendant shall disclose defendant's expert report no later than **October 5, 2007**.

6. Plaintiff shall disclose plaintiff's rebuttal expert report no later than **November 2, 2007**.

7. Defendant shall disclose defendant's rebuttal expert report no later than **December 7, 2007**.

8. Discovery shall end no later than **January 4, 2008**.

9. The parties shall file a Joint Status Report indicating how they wish to proceed with this matter no later than **February 1, 2008**.

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**