IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-99C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF DIRECTLY RELATED CASE

Pursuant to RCFC 40.2(a)(3), defendant, the United States, respectfully files the following notice of a directly related case.

As noted in the parties' joint preliminary status report ("JPSR"), filed on July 28, 2006, the parties agree that this case should be consolidated with Information Systems & Networks Corporation v. United States, Fed. Cl. No. 06-387 (Chief Judge Damich). This second case, Fed. Cl. No. 06-387, was filed subsequent to this action and should be consolidated under this action, Fed. Cl. No. 06-99.

Both cases involve the same contracts and, indeed, the two final decisions issued by the contracting officer in each case were issued in response to plaintiff's December 14, 2004 claim letter. Because both cases share some common factual and legal issues, and because the outcome of Fed. Cl. 06-99C will have a direct impact upon the outcome of Fed. Cl. 06-387C, assignment of both cases to a single judge, and consolidation of the actions,

is appropriate and will conserve judicial resources and promote an efficient determination of both actions.

Counsel for plaintiff stated in the JPSR that he would be filing a notice of related cases pursuant to RCFC 40.2 in Fed. Cl. No. 06-387 in the very near future. Because no such notice has yet been filed, and because defendant this week is filing its answer in the related case, counsel for defendant respectfully submits this notice of related case.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Mark A. Melnick
MARK A MELNICK
Assistant Director

s/ David B. Stinson
DAVID B. STINSON
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St.
Washington, D.C. 20530
Tele: (202) 307-0163
Fax: (202) 514-8624

OF COUNSEL:
GREGORY T. ALLEN
Defense Contract Management Agency

September 7, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on September 7, 2006, a copy of the foregoing "DEFENDANT'S NOTICE OF DIRECTLY RELATED CASE” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David B. Stinson
DAVID B. STINSON