# In The United States Court of Federal Claims

**No: 06-99 C**
**November 3, 2006**

**INFORMATION SYSTEMS &**
**NETWORKS CORP.,**

***Plaintiff*,**

**v.**

**THE UNITED STATES,**

***Defendant*.**

**SCHEDULING ORDER**

Having considered the Joint Preliminary Status Report filed on October 27, 2006 by the parties in *Information Systems & Networks Corp. v. United States* (No. 06-387), which included a proposed schedule for further proceedings and a request for consolidation of the case with the above-styled matter, it is ORDERED that the court shall conduct with the parties by telephone a preliminary scheduling conference on **Tuesday, November 14, 2006, at 11:00 a.m. EST**, to discuss the issues raised in said Joint Preliminary Status Report.

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**