**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **INFORMATION SYSTEMS & NETWORKS CORPORATION** | |
| **Plaintiff,** | |
| **v.** | **CASE NO. 06-99C** |
| **THE UNITED STATES OF AMERICA** | **Judge Block** |
| **Defendant.** | |

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE INITIAL EXPERT REPORT AND TO AMEND THE SCHEDULING ORDER**

Plaintiff, Information Systems & Networks Corporation ("plaintiff" or "ISN"), by counsel, respectfully requests the Court to enlarge the time for ISN to file its initial Expert Report currently due pursuant to the Joint Preliminary Status Report on August 3, 2007, and in so doing, to further Amend the Scheduling Order. As explained herein, ISN requires this additional time because the Government's responses to its document requests will not be made available until the latter part of August, pursuant to agreement between the parties. Without the Government documents, ISN is not able to fully prepare the expert report that is necessary for this case. In addition, as shown below, additional time is required because ISN's disclosed experts are tied up in other matters making the

August 3, 2007 filing date an impossibility.

1. The Joint Preliminary Status Report anticipated completion of discovery between the parties prior to the issuance of Expert Reports within six (6) months. This has not been the case. In most instances, 10 years of data are warranted-some of it going back to 1987. Locating and producing it has not been an easy task. As a result, extensions have been required which now necessitate an extension in the Expert Report schedule.

2. ISN requires additional time to review the Government documents when they are produced and compare such documents with its in-house documents. All of this will take longer than the August 3, 2007 filing date.

3. Plaintiff and defendant's counsel have conferred, have thoroughly reviewed the issues attendant to the request for enlargement, and in good faith believe that the additional time requested will ultimately lead to greater clarity and expedition before the Court.

4. The parties purpose that the Scheduling Order be amended if the Court grants the Unopposed Motion for Enlargement of Time allowing the filing of ISN’s initial Expert Report on November 2, 2007, an extension of 90 days, as follows:

a. ISN’s Expert Report due November 2, 2007

b. Defendant’s Expert Report due February 4, 2008

c. ISN's Rebuttal Report due March 3, 2008

d. Defendant's Rebuttal Report due April 4, 2008.

e. Discovery will now close on April 30, 2008.

5. Counsel for the defendant has reviewed and approved this Motion and agreed with the dates therein.

Dated: July 27, 2007

Respectfully submitted,

s/Norman H. Singer__________

NORMAN H. SINGER, ESQUIRE
Singer & Associates, P.C.
10411 Motor City Drive, 7th Floor
Bethesda, MD 20817
Ph (301) 469-0400
Fx (301) 469-2267
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing **PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME** was made available to counsel for the defendant pursuant to this Court's electronic filing system and was Fedx'd to:

Timothy McIlmail, Esquire
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530

______________________________
NORMAN H. SINGER, ESQUIRE