# In The United States Court of Federal Claims

**No: 06-99 C**
**July 31, 2007**

**INFORMATION SYSTEMS & NETWORKS CORPORATION,**

***Plaintiff*,**

**v.**

**THE UNITED STATES,**

***Defendant*.**

## SCHEDULING ORDER

Having considered plaintiff's unopposed motion filed on 7/27/07 to amend the Initial Scheduling Order filed on 8/8/06, the parties are ORDERED to comply with the following schedule:

1. Plaintiff's expert report is due Friday, 11/2/07;

2. Defendant's expert report is due Monday, 2/4/08;

3. Plaintiff's rebuttal report is due Monday, 3/3/08;

4. Defendant's rebuttal report is due Friday, 4/4/08;

5. All discovery shall be completed by Wednesday, 4/30/08, and

6. The parties shall file a joint status report by Friday, 5/30/08, indicating how they wish to proceed with this matter.

s/ Lawrence J. Block

**Lawrence J. Block**
**Judge**