IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-99C |
| v. | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION TO ENLARGE
DISCOVERY PERIOD TO COMPLETE DEPOSITIONS

Defendant, the United States, respectfully requests that the Court grant an enlargement of time of 37 days, to and including Friday, June 6, 2008, within which the parties may conduct discovery, solely to complete depositions. This is defendant's first request for an enlargement of time for this purpose. The current deadline for completion of discovery in this action is April 30, 2008. On August 6, 2006, the Court entered an initial scheduling order setting January 4, 2008, as the date for completion of discovery. On July 31, 2007, the Court entered a subsequent order setting April 30, 2008, as the date for the completion of discovery.

The parties have engaged in written discovery and document production, and have taken depositions, but have found that scheduling conflicts require them to schedule at least some of the remaining depositions to dates after April 30, 2008. First, lead counsel for defendant is lead counsel for the Government in White Buffalo Construction, Inc. v. United States, No. 99-961C

(Fed. Cl.), in which the discovery deadline is also April 30, 2008, and in which the parties in that action are in the process of competing discovery by scheduling depositions that would likely conflict with one of the depositions scheduled in this action. In addition, counsel for plaintiff has informed counsel for defendant that one of the witnesses whose deposition defendant has noticed might not be able to appear on the date noticed for her deposition. Counsel for plaintiff has also informed counsel for defendant that counsel for plaintiff will be out of town virtually the entire week of May 19, 2008. Finally, May 26, 2008, is Memorial Day, a Federal holiday.

Counsel for plaintiff has represented to counsel for defendant that plaintiff consents to this request. For the foregoing reasons, the United States respectfully requests that the Court grant this consent motion for an enlargement of time of 30 days, to June 6, 2008, to respond to plaintiff's complaint.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

April 4, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on April 4, 2008, a copy of the foregoing Defendant's Consent Motion To Enlarge Discovery Period To Complete Depositions was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail