IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-99C |
| v. | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION TO ENLARGE
DISCOVERY PERIOD TO COMPLETE DEPOSITIONS

Defendant, the United States, respectfully requests that the Court grant an enlargement of time of four days, to and including Tuesday, June 10, 2008, within which the parties may conduct discovery, solely to complete depositions. This is defendant's second request for an enlargement of time for this purpose.

The current deadline for completion of discovery in this action is June 6, 2008. On April 8, 2008, the Court granted defendant's requests to enlarge the discovery period 37 days, from April 30, 2008, to June 6, 2008. On August 6, 2006, the Court entered an initial scheduling order setting January 4, 2008, as the date for completion of discovery. On July 31, 2007, the Court entered a subsequent order setting April 30, 2008, as the date for the completion of discovery.

Since the Court last enlarged the discovery period, the parties have continued to progress toward completion of written discovery, document production, and depositions, but a scheduling conflict requires the rescheduling of at least one of the

remaining depositions to a date after June 6, 2008. Plaintiff has noticed a deposition for June 5, 2008, but lead counsel for defendant is scheduled to appear for oral argument in Portland, Oregon, in White Buffalo Construction, Inc. v. United States, No. 99-961C (Fed. Cl.), on that date. The deponent and counsel for the parties, however, are available to conduct that deposition on June 10, 2008.

Counsel for plaintiff has represented to counsel for defendant that plaintiff consents to this request. For the foregoing reasons, the United States respectfully requests that the Court grant this consent motion for an enlargement of time of four days, to June 10, 2008, to complete depositions.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
by s/Donald E. Kinner
MARK A. MELNICK
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

May 19, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on May 19, 2008, a copy of the foregoing Defendant's Consent Motion To Enlarge Discovery Period To Complete Depositions was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail