IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-99C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S CONSENT MOTION TO ENLARGE PERIOD TO RESPOND TO PLAINTIFF'S MOTION IN LIMINE

Defendant, the United States, respectfully requests that the Court grant an enlargement of time of 14 days, to and including Monday, July 14, 2008, within which to respond to plaintiff's June 13, 2008 Motion In Limine. This is defendant's first request for an enlargement of time for this purpose. At plaintiff's request, we also request that the Court grant plaintiff until August 14, 2008, to reply to our response.

Defendant's response to plaintiff's motion is due on June 30, 2008. We request the enlargement because lead counsel for defendant will be out of the office from June 23 through July 4, 2008, including to appear in Portland, Oregon, for an oral argument on July 1, 2008, in White Buffalo Construction, Inc. v. United States, No. 99-961C (Fed. Cl.).

Counsel for plaintiff has represented to counsel for defendant that plaintiff consents to this request. For the foregoing reasons, the United States respectfully requests that the Court grant this consent motion for an enlargement of time of

14 days, to July 14, 2008, to respond to plaintiff's Motion In Limine, and that the Court grant plaintiff until August 14, 2008, to reply to our responses.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
by s/Brian M. Simkin
MARK A. MELNICK
Assistant Director

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

June 17, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on June 17, 2008, a copy of the foregoing DEFENDANT'S CONSENT MOTION TO ENLARGE PERIOD TO RESPOND TO PLAINTIFF'S MOTION IN LIMINE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Timothy P. McIlmail