IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 06-99C<br>(Judge Block) |

JOINT STATUS REPORT

Plaintiff, Information Systems and Networks Corporation ("Plaintiff" or "ISN"), and defendant, the United States, by their undersigned attorneys, file this Joint Status Report pursuant to this Court's Order dated May 20, 2008.

1. Pending Motions

There are currently pending before the Court three motions:

(1) ISN's Motion *In Limine* To Establish As Admitted All Costs Incurred By ISN As Set Forth In The Defendant's Audit Reports And Final Decision (briefing concluded);

(2) ISN's Motion For A Protective Order And *In Limine* To Prevent The Testimony Of Defendant's Proposed Expert, Ellen E. Erdelsky (briefing not concluded: subject to Court approval, the parties have agreed to an extension of defendant's response date to July 14, 2008, and of ISN's reply date to August 14, 2008); and

(3) ISN's Motion To Amend Complaint (briefing not concluded).

2. Discovery

Both fact and expert discovery have been completed, with one exception. Defendant has noticed the deposition of ISN's President and Chief Executive Officer, whom, plaintiff has informed defendant, has been out of the country and unavailable. The parties will work to complete her deposition when she becomes available.

3. Schedule Under Case Management Procedure
Plaintiff's Statement:

ISN requests the Court to enter an Order consistent with the requirements of RCFC Appendix A, Case Management Procedures, setting forth the following proposed dates:

1. Trial: February 16, 2009 (Washington, D.C.)
2. Final Pretrial Conference: January 28, 2009
3. Meeting of Counsel: December 1, 2008
4. Plaintiff's Memorandum of Contentions of Fact and Law: December 9, 2008
5. Defendant's Memorandum of Contentions of Fact and Law: January 7, 2009

Defendant's Statement:

Defendant anticipates that this case will have to be tried and that no more than four days will be required for trial of the entire case. Defendant requests that trial be scheduled to take place in October or November, 2008, in Washington, D.C., and that the timing of the parties' pretrial activities be governed by the

time limits set forth in Appendix A §§ 13-17. If the Court cannot schedule trial for October or November, 2008, defendant requests a final pretrial conference on January 28, 2009, and that trial commence the week of February 16, 2009 (February 16 itself, however, is President's Day, a Federal holiday).

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
by s/Brian M. Simkin
MARK A. MELNICK
Assistant Director

s/Norman H. Singer
NORMAN H. SINGER
Singer & Associates, P.C.
10411 Motor City Drive
7th Floor
Bethesda, MD 20817
Telephone: (240) 395-2343
Facsimile: (301) 469-0403

Attorney for Plaintiff

June , 2008

s/Timothy P. McIlmail
TIMOTHY P. MCILMAIL
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0342
Facsimile: (202) 514-7965

OF COUNSEL:
GREGORY T. ALLEN
Trial Attorney
Defense Contract Management Agency
Manassas, VA

Attorneys for Defendant

June , 2008

Certificate of Filing

I hereby certify that on June , 2008, a copy of the foregoing Joint Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.