APPENDIX TO DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION TO PREVENT THE EXPERT TESTIMONY OF ELLEN E. ERDELSKY

# INDEX TO APPENDIX

PAGE(S)

Resume of Charles L. Bonuccelli.. . . . . . . . . . . . . . . . . . 1

Transcript of Deposition of Charles L. Bonuccelli, Case No. 06-387C (Fed. Cl.), Jan. 23, 2008.. . . . . . . . . . . . 3

## Resume of
## Charles L. Bonuccelli, MA, CPA

**Principal**

**Argy, Wiltse & Robinson, PC McLean, Virginia**
**Principal, 2004 to present**

Assist clients in responding to federal government allegations regarding reasonableness, allowability and allocability of costs such as unreasonable executive compensation, Federal Acquisition Regulation (FAR) Part 31 allowability of costs, Cost Accounting Standards (CAS) compliance.

Assist clients with accounting and administrative written policies, labor and accounting systems, internal controls over government contracts, claims and equitable adjustments, termination settlement proposals, litigation consulting, forensic accounting, damages calculations, reconstruction of records, bid protests, estimating systems reviews, designing cost accounting practices for compliance with FAR Part 31 and CAS and strategic planning.

### Prior Positions

**Information Systems & Networks Corp., Bethesda, Maryland**
**Chief Financial Officer, 1999 to 2004**
A government contractor specializing in software development and EDMS applications with operations in 12 states.

- Significantly improved working relationships with outside CPA firm, DCAA and DCMC. Submitted indirect cost submissions to the federal government for five fiscal years and closed four with no DCAA audit exceptions. Successfully completed financial statement audits for past three fiscal years without any exceptions.
- Played an active role on the executive committee and in the strategic planning of the company leading to the development of the EDMS practice. Identified primary acquisition targets for funding proposals.
- Identified improvements to the proposal development system-leading proposal from consistently last to consistently top three and to major wins in EDMS projects.
- Lead HR initiative to revise personnel policies.
- Developed strategy and provided testimony in allowability of state income taxes under FAR. Our win in this case set a nationwide precedent.
- Provided support and development of equitable adjustment and termination claims data used in federal court cases.

Special Consultant, 1983-1984
Corporate Controller. 1982-1983

**Sacks & Bonuccelli, Inc., Washington D.C.**
**Principal, 1994-1999**
A financial accounting and business consulting firm to federal government contractors.

- Testified before GAO on bid protest concerning federal pricing and procurement.
- Assisted CAS covered companies in negotiating cost accounting practice changes and responding to claims on CAS non-compliance.
- Consulted on FAR issues and provided direction on responses to the federal government.

- Provided expertise to the American Bar Association's Cost and Pricing Subcommittee on CAS and Federal procurement regulations.
- Provided audits of federal indirect cost rates for companies.
- Assisted companies in preparing equitable adjustment and termination claims.
- Represented companies in teaming arrangement disputes and developed damage claims leading to settlement to our client's favor for $70 million.
- Key decision-maker for purchases of technology and software applications.

**PriceWaterhouseCoopers**
**Government Contractor Consulting Service**
**Senior Manager, 1985-1994**
An international public accounting firm (Big 4)

- Participated in audits of for profit and not-for-profit federal government contractors.
- Provided management consulting services in developing financial and cost accounting systems.
- Provided due diligence of federal government contractors for acquisition and mergers.
- Worked with clients on strategies and information needed for Congressional and Federal inquiries.
- Prepared equitable adjustments and termination claims for clients
- Developed and taught external seminars on Internal Audit for Government Contractors, Audits of Federal Contractors, Contracting with the Federal Government, Cost Accounting Standards, and Current Issues in Federal Contracting and internal PW courses for A-133 Audits and Auditing Federal Government Contractors.
- Analyzed proposed federal regulations for comments to agencies and impact analysis for clients. Developed position papers on accounting issues for the industry specialty.
- Administratively responsible for professional staff development.

## Other Employment History

**Bonuccelli & Co., Inc., President** 1984-1985, tax and accounting services to federal government contractors.

**Defense Contract Audit Agency, Senior Auditor,** 1978-1982, Defense Contract Audit Agency is the external audit agency within the Department of Defense responsible the audit of proposals, claims and incurred cost submissions of federal government contractors.

**The Catholic University of America, Accountant,** Grants & Contracts Office, 1977-1978

### Education

MA in Accounting and BA, Dual Major, Economics and Accounting, The Catholic University of America
CPA State of Maryland 1981

### Memberships

American Institute of Certified Public Accountants
Maryland Association of CPAs
American Bar Association, Associate Member

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INFORMATION SYSTEMS & NETWORKS CORPORATION, | ) | |
| Plaintiff, | ) | Civil Action No.: 06-387C |
| v. | ) | |
| UNITED STATES, | ) | |
| Defendant. | ) | |

Deposition of:

CHARLES BONUCCELLI

a witness of lawful age, taken on behalf of the Defendant, pursuant to notice, in the offices of the U.S. Department of Justice, 1100 L Street, N.W., Room 11029, Washington, D.C., 20530, on Wednesday, January 23, 2008, at 10:06 a.m., before Christina Chesley, Notary Public in and for the District of Columbia, when were present:

APPEARANCES:

On Behalf of Deponent:

NORMAN H. SINGER, Esquire
Singer & Associates
10411 Motor City Drive, Suite 725
Bethesda, Maryland 20817
(301) 469-0400

E X H I B I T S

| EXHIBITS | IDENTIFIED | DESCRIPTION |
|---|---|---|
| 1 | 8 | Complaint |
| 2 | 10 | Singer & Associates Contract Disputes Act Claim under 19 contracts |
| 3 | 29 | 48 C.F.R. Part 52 |
| 4 | 33 | Title 48 of Federal Acquisition Regulations System |
| 5 | 35 | Schedule F |
| 6 | 36 | Schedule G |
| 7 | 38 | Contract Funds Status Report |
| 8 | 39 | Contract Funds Status Report |
| 9 | 40 | Costs Incurred Table |
| 10 | 41 | Letter from Karen Hendricks to John Trudeau dated 3-7-91 |
| 11 | 45 | Award/Contract |
| 12 | 46 | 1028 NASA; handwritten notes |
| 13 | 47 | Amendment of Solicitation/Modification of Contract |
| 14 | 48 | Letter from Clinton Arbogast to Dean Patterson dated 11-11-86 |
| 15 | 48 | Amendment of Solicitation/Modification of Contract |

P R O C E E D I N G S

(10:06 a.m.)

Whereupon,

CHARLES BONUCCELLI

having been duly sworn, was called as a witness and was examined and testified as follows:

EXAMINATION BY COUNSEL FOR DEFENDANT

BY MR. MCILMAIL:

Q Would you say your name and spell it for the record, please?

A My name is Charles Bonuccelli. First name and last name you want spelled?

Q No, just the last name.

A Okay, B-O-N-U-C-C-E-L-L-I.

MR. SINGER: Can we agree to save all objections except as to form for today?

MR. MCILMAIL: Yes.

MR. SINGER: Good.

BY MR. MCILMAIL:

Q So I have to tell you that I'm Tim McIlmail, I'm the attorney at the Department of Justice. We're here at 1100 L Street, Washington, D.C., for a deposition in Information Systems & Networks Corporation v. United States, Case No. 06-387, in the Court of Federal Claims.

Q What's that name again?

A Aurora Associates. Then I went to work for Price Waterhouse before it was Price Waterhouse Coopers, and I was there for about nine years. From there I left and was with Sacks and Bonuccelli for five years. Then I went back to ISN, and after ISN I joined Argy Wiltse & Robinson.

Q What years were you at DCAA?

A 1978 through I believe spring of 1982.

Q What did you do for them?

A I was a staff auditor.

Q What years were you with ISN the second time?

A The second time? 1999 to I think 2004, 2003. Not sure exactly the time I left. 2003, I think it was. 2003. Sorry.

MR. MCILMAIL: That's okay. Would you mark it No. 1?

(The document referred to was marked for identification as Exhibit No. 1.)

BY MR. MCILMAIL:

Q Okay. You have Exhibit 1. Have you seen that before? Take as much time as you want.

A I have not seen the original before. I

think I had a copy attached to my --

Q What about Exhibits A through C? Have you seen those before?

A That was attached to the subpoena. Yes. This looks familiar, but I couldn't tell you exactly when I had seen this because I haven't been with the company for a long time.

Q Do you know whether you worked on Exhibits B and C? By that I mean do you know whether you helped prepare Exhibits B and C?

A It looks like something I put together. I know I put a schedule together that was very much like this, if it was not this exact one. I'm not sure. I mean, I know the columns and so forth and the contracts. I know I had put information about our contracts together previously. It was in this format. I don't know if it was this exact exhibit, though, is what I'm saying.

Q Right. If you worked on this, when would you have worked on it? Like, what year?

A Well, probably 2002. I know it would had to been before I left the company. There was a lot of analysis that we had done in that timeframe. I left early in 2003 because I'm coming up to my fourth anniversary. February 17 is my anniversary with the

57

CERTIFICATE OF COURT REPORTER/NOTARY PUBLIC

I, Christina L. Chesley, the officer before whom the foregoing testimony was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me and thereafter reduced to typewriting; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto; nor am I financially or otherwise interested in the outcome of the action.

Christina Chesley

Court Reporter/Notary Public

My Commission Expires: 4/14/11